IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:                              *    CASE NO. 15-10601

FRANKLIN WILLIAM GAINES, JR.,       *    **OBJECTION TO CONFIRMATION**

    Debtor.                         *

---

PLEASE TAKE NOTICE that the Creditor, Red's Auto, Inc., indicated below by and through its undersigned attorney, does hereby reject and object to the confirmation of the Plan proposed by the Debtor on the following grounds:

1) Red's Auto, Inc. holds a claim against Debtor and is a secured creditor having a first lien on Debtor's automobile, a 2000 Ford Excursion, I.D. #1FMNU43S4YEE15976. A copy of the title is attached as Exhibit "A". Debtor purchased said automobile from Red's Auto, Inc. on September 11, 2014.

2) The Debtor's Plan is not in good faith in that:

    a) The vehicle set out in the Plan was purchased from Creditor on September 11, 2014, by Debtor. There is no co-debtor involved as stated in Debtor's Plan. The amount financed was $8,749.00 payable at $185 bi-weekly for 66 payments. Interest rate is 28%;

    b) The first payment was due on September 25, 2014; and

    c) The Debtor is required to keep full coverage insurance on said vehicle and does not have any coverage for this vehicle whatsoever.

3) The Plan is not proposed in good faith. The Creditor is not adequately protected in that there is no insurance coverage on said vehicle which will result in impairment of collateral should an accident occur. Also, the Plan indicates a co-debtor will make payments outside the Plan and there is no co-debtor.

WHEREFORE, Red's Auto, Inc. prays that the Court make its Order denying confirmation of the Chapter 13 Plan and allow Creditor to recover the automobile.

This 4th day of May, 2015.

_____
ALLEN W. JOHNSON
Attorney for Red's Autos Inc.

P.O. Box 1162
Augusta, Georgia 30903
(706) 722-3496

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM L...**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 1FMNU43S4YEE15976 | FORD | 2000 | MULTI-PURPOSE V | EXCURSION | 10 | 11/10/2014 |

| DATE VEHICLE PUR. | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR. / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE |
|---|---|---|---|---|---|---|---|
| 09/11/2014 | GASOLINE | USED | EXEMPT | 7700802301677720 / SC | 1 | WHI | 778556143O |

**OWNER**
FRANKLIN W GAINES JR
4053 MULLIKIN RD
EVANS GA 30809-4803

**MAIL TO**
REDS AUTO INC
641 EDGEFIELD RD
NORTH AUGUSTA SC 29841-2416

**1ST LIEN OR SECURITY INTEREST**
REDS AUTO INC
641 EDGEFIELD RD
NORTH AUGUSTA SC 29841-2416

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that an application duly executed by the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

**RELEASE OF LIEN OR SECURITY INTEREST**
1ST LIEN   DATE OF RELEASE   SECURITY INTEREST HOLDER   AUTHORIZED AGENT
BY

## AMENDED CERTIFICATE OF SERVICE

This is to certify that I have this day served the below listed counsel for the opposing party in this case the *Objection to Confirmation* in accordance with the directives from the Court Notice of Electronic Filing CM/ECF which was generated as a result of electronic filing:

Mr. Matthew James Duncan
Attorney for Debtor
266 Greene Street
Augusta, Georgia 30901

Huon Le
Bankruptcy Trustee
P.O. Box 2127
Augusta, Georgia 30903

AND

I CERTIFY that a copy of the *Objection to Confirmation* was served by me on the following by delivering a copy thereof postage prepaid, and properly addressed to be delivered by certified mail, return receipt requested, as follows:

Franklin William Gaines, Jr.
232 South Lake Drive
Thomson, Georgia 30824

This 4th day of May, 2015.

_____
JEAN GREGG
Secretary to Allen W. Johnson

Case No. 15-10601
Gaines, Franklin Wm. Chapter 13